## GORDON *v.* WANSEY' *et al.*

APPEAL dismissed, because the undertaking on appeal was not filed within five days after notice of appeal filed.

Appeal dismissed without prejudice to a second appeal, and permission given to use the transcript on file, if a second appeal be taken.

*Hastings* v. *Halleck* (10 Cal. 31) and *Elliott* v. *Chapman*, (15 Id. 383) affirmed.

APPEAL from the Seventeenth District.

Suit on several promissory notes. Judgment for plaintiff. October 4th, 1861, defendants filed a notice of appeal and served copy on plaintiff same day; and on the sixteenth of the same month defendants filed their undertaking on appeal.

In the Supreme Court, respondent moved to dismiss the appeal, on the ground that the undertaking was not filed within five days after the notice of appeal was filed.

*Frank Hereford*, for the Motion.

*McConnell, contra.*

FIELD, C. J. delivered the opinion of the Court—BALDWIN, J. concurring.

The appeal is dismissed upon the authority of *Hastings* v. *Halleck* (10 Cal. 31) and *Elliott* v. *Chapman*, (15 Id. 383) without prejudice to a second appeal. If a second appeal be taken, the appellant can use the transcript on file with the same effect as if transmitted with it.